Robert Tenorio Torres
Attorney at Law
1st Floor, D'Torres Bldg.,
P.O. Box 503758
Saipan, MP 96950

Tel: (670) 233-7859
Fax. (670) 233-5749

Attorney for Defendant:

FILED
Clerk
District Court

DEC 19 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JAE YOUNG PARK <br><br> Defendant. | CRIMINAL CASE NO. 04-00036 <br><br> **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

The parties in the above-entitled matter, the defendant through his counsel, Robert T. Torres and the United Statues of America, hereby stipulated to continue Sentencing Hearing currently scheduled for December 21, 2005 and that it be rescheduled to last part of February 2005 thereafter to be selected by the court.

1  The parties make the afore going request for the reason that the
2  defendant is still cooperating with the U.S. Government.
3  **SO STIPULATED.**

4

5
6  _____12/16/05_____           _____/s/ Robert T. Torres_____
   DATE                           ROBERT T. TORRES
7                                 Attorney for Defendant
8
9                                 LEONARDO M. RAPADAS
                                  United States Attorney
10                                Districts of Guam and NMI
11
12 _____12/19/05_____    By:    _____
   DATE                           Frederick A. Black
13                                Assistant U.S. Attorney
14
15                                **ORDER:**
16  **IT IS SO ORDERED** that the Sentencing Hearing scheduled for
17 December 22, 2005 hereby scheduled to ~~February~~ MARCH __14__, 2006, at __8:30__
   am / pm
18
19
20                                _____/s/ Alex R. Munson_____
21                                HONORABLE ALEX R. MUNSON
   **RECEIVED**                   Chief Judge, District Court of
22                                the Northern Mariana Island
   DEC 19 2005
23
   Clerk
   District Court
   For The Northern Mariana Islands     Page 2 of 2

Robert Tenorio Torres
Attorney at Law
1st Floor ~ D'Torres Building ~ Garapan
P.O. Box 503758 ~ Saipan MP 96950 ~ (670) 233-7859

The parties make the afore going request for the reason that the defendant is still cooperating with the U.S. Government.

**SO STIPULATED.**

_____  
DATE  

ROBERT T. TORRES  
Attorney for Defendant

LEONARDO M. RAPADAS  
United States Attorney  
Districts of Guam and NMI

12-16-05  
DATE  

By: _____  
Frederick A. Black  
Assistant U.S. Attorney

**ORDER:**

**IT IS SO ORDERED** that the Sentencing Hearing scheduled for December 22, 2005 hereby scheduled to February _____, 2006, at _____ am/ pm

_____  
HONORABLE ALEX R. MUNSON  
Chief Judge, District Court of  
the Northern Mariana Island

Page 2 of 2