jaeparksentmem

**FILED**
Clerk
District Court

DEC 1 9 2005

For The Northern Mariana Islands
By _____
    (Deputy Clerk)

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00036 |
|               Plaintiff, | ) | **GOVERNMENT'S MOTION TO LODGE SENTENCING MEMORANDUM UNDER SEAL; AND ORDER** |
| vs. | ) | |
| JAE YOUNG PARK, | ) | |
|               Defendant. | ) | |

COMES NOW the United States of America, by and through undersigned counsel, and moves this Honorable Court for an order allowing it to lodge a sentencing memorandum under seal, for the Court's consideration at the time of sentencing.

RESPECTFULLY SUBMITTED this _16_ day of December 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
    for FREDERICK A. BLACK
    Assistant U.S. Attorney

***ORDER***

SO ORDERED this _19th_ day of December 2005.

_____
ALEX R. MUNSON
District Judge