1  jaepark2stp

2  LEONARDO M. RAPADAS
   United States Attorney
3  FREDERICK A. BLACK
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
5  Hagåtña, Guam 96910
   PHONE: 472-7332
6  FAX: 472-7334

7  Attorneys for the United States of America

8

9              IN THE UNITED STATES DISTRICT COURT

10        FOR THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

11

12  UNITED STATES OF AMERICA,       )  CRIMINAL CASE NO. 04-00036
                                    )
13              Plaintiff,          )
                                    )  **STIPULATION AND ORDER TO**
14        vs.                       )  **CONTINUE SENTENCING**
                                    )
15  JAE YOUNG PARK,                 )
                                    )
16              Defendant.          )
    _____)

17

18
       The parties in the above-entitled matter, the United States of America, and the defendant
19
    through his counsel, Robert T. Torres, hereby stipulate to continue the Sentencing Hearing
20
    currently scheduled for March 14, 2006 and that it be rescheduled to a date approximately four
21
    (4) months thereafter to be selected by the court.
22
    \\
23
    \\
24
    \\
25
    \\
26
    \\
27
    \\
28

FILED
Clerk
District Court

MAR 08 2006

For The Northern Mariana Islands
By_____
         (Deputy Clerk)

The parties make the aforegoing request for the reason that the defendant is currently working with Federal agents and the court can better evaluate the extent of the defendant's cooperation.

SO STIPULATED.

___3/7/06___
DATE

_(signature)_
ROBERT T. TORRES
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

___3/7/06___
DATE

By: _(signature)_
for FREDERICK A. BLACK
Assistant U.S. Attorney

****ORDER****

**IT IS SO ORDERED** that the Sentencing currently scheduled for March 14, 2006 is hereby rescheduled to __AUGUST 4__, 2006 at __9:00 a__.m.

___3-8-06___
DATE

_(signature)_
ALEX R. MUNSON
District Judge
District Court of Guam

RECEIVED
MAR − 7 2006
Clerk
District Court
For The Northern Mariana Islands